STEVEN B. SOLTMAN, ESQ. (SBN 108649)
STEVEN S. NIMOY, ESQ. (SBN 172310)
**SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP**
2535 Townsgate Road, Suite 307
Westlake Village, California 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147
E-mail: snimoy@slfesq.com

Attorneys for Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and JAY KATOFSKY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER BARTELL,<br><br>   Plaintiff,<br><br>vs.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., A California Corporation; JAY KATOFSKY, individually and in his official capacity; and DOES 1 through 10, inclusive<br><br>   Defendants.<br>_____ | **CASE NO: CV14-05501-EFL**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE FRCP 26(F) AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON AS MODIFIED**<br><br>**[L.R. 6-2]**<br><br>Current response date: March 3, 2015<br>New response date: April 9, 2015 |

TO THE PARTIES HEREIN AND TO THE HONORABLE COURT:

WHEREAS, Plaintiff agrees to give Defendants Electronic Document Processing, Inc. and Jay Katofsky extended time to respond to the First Amended Complaint filed on February 24, 2015 pursuant to Local Rules of Court 6-2 requiring an extension of deadlines fixed by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED among the parties hereto, by and through their attorneys of record, James A. Michel, Esq. for the Plaintiff, and Steven S. Nimoy, Esq., for Defendants Electronic Document Processing, Inc. and Jay Katofsky, to the following:

C:\Users\ybarras\AppData\Local\Temp\notes1A03DD\Stipulation for Extension of Time 02.24.15.wpd

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE FRCP 26(F) AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

1. Based upon the filing of the First Amended Complaint, Defendants' response thereto is currently due on March 10, 2015.

2. The parties wish to initiate informal settlement discussions. The parties believe that a thirty (30) day extension of time to respond to the complaint through April 9, 2015 will facilitate settlement discussions and increase the possibility that this case may be resolved quickly.

3. The parties believe that an extension of the F.R.C.P. 26(f) and ADR deadlines, and a continuance of the Initial Case Management Conference currently scheduled for March 17, 2015, would similarly facilitate resolution;

4. No previous agreements to extend time have been made;

5. The requested time modification would require that the Court continue the deadlines and dates as listed in the Order Setting Initial Case Management Conference and ADR Deadlines accordingly;

6. Pursuant to the foregoing, the parties request that the Court extend Defendants' time to file the response to the initial complaint to April 3, 2015 and that the Court cancel the Order Setting Initial Case Management Conference and ADR Deadlines and issue a new Order.

IT IS SO STIPULATED.

DATED: February 25, 2015          SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP


By::   /s/ Steven S. Nimoy
       STEVEN S. NIMOY, ESQ.
       Attorneys for Defendants,
       ELECTRONIC DOCUMENT PROCESSING, INC. and JAY KATOFSKY

DATED: February 25, 2015

By::    /s/ James A. Michel
JAMES A. MICHEL, ESQ.
Attorney for Plaintiff,
HEATHER BARTELL

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendant Electronic Document Processing, Inc. and Jay Katofsky's time to respond to the complaint is extended to April 9, 2015.  The Case Management Conference is continued to April 28, 2015 at 3:00 p.m.  A case management statement must be filed no later than April 21, 2015.

DATED: February 26, 2015

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

C:\Users\ybarras\AppData\Local\Temp\notes1A03DD\Stipulation for Extension of Time 02.24.15.wpd

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE FRCP 26(F) AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

- 3 -