```
1   James A. Michel
    State Bar No. 184730
2   2912 Diamond St. #373
    San Francisco CA 94131
3   415/ 239-4949
    (Fax 239-0156)
4   attyjmichel@gmail.com

5   Attorney for Plaintiff
    HEATHER BARTELL
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER BARTELL, an individual, | Case No. 3:14-cv-05501-RS |
| Plaintiff, | |
| v. | STIPULATION WITH ~~PROPOSED~~ ORDER DISMISSING CASE |
| ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; JAY KATOFSKY, individually and in his official capacity; and DOES 1 through 10, inclusive, | Ctrm : 3, 17th Floor<br>Judge: Hon. Richard Seeborg |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HEATHER BARTELL, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and JAY KATOFSKY, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff against all Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

/ / /

/ / /

/ / /

DATED: September 14, 2015      /s/ Steven S. Nimoy
STEVEN S. NIMOY
Soltman, Levitt, Flaherty & Wattles LLP
Attorneys for Defendants
ELECTRONIC DOCUMENT PROCESSING, INC. and JAY KATOFSKY

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: September 14, 2015      /s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
HEATHER BARTELL

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: 9/14/15

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE